AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Knight First Amendment Institute at Columbia University ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:22-cv-09096 |
| Office of the Director of National Intelligence, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Knight First Amendment Institute at Columbia University                           .

Date:     10/25/2022

/s/ Alex Abdo
*Attorney's signature*

Alex Abdo (AA0527)
*Printed name and bar number*

475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

alex.abdo@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

(646) 661-3361
*FAX number*