FOIA Summons (12/11) (Page 2)

Civil Action No. 1:22-cv-09096-AKH

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):*
I served the Cental Intelligence Agency by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to the Central Intelligence Agency on 10/26/2022. Please see the attached USPS receipt, showing delivery address, and delivery confirmation, showing that the summons and complaint were delivered on 11/3/2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Reed Canaan, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) mailing a copy of the complaint and all summonses by USPS certified mail to the Attorney General of the United States on 10/26/2022; and (2) mailing a copy of the complaint and all summonses to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 10/26/2022. Please see the attached USPS receipts, showing delivery addresses, and delivery confirmations, showing that the summonses and complaint were delivered on 11/03/2022 and 10/31/2022 respectively.



**Tracking Number:**

# 70171000000061281581

 Copy     Add to Informed Delivery

### Latest Update

Your item was picked up at a postal facility at 7:00 am on November 3, 2022 in WASHINGTON, DC 20505.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20505
November 3, 2022, 7:00 am

**See All Tracking History**

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

See Less



**Tracking Number:**

# 70171000000061281628

 Copy     Add to Informed Delivery

### Latest Update

Your item was picked up at a postal facility at 5:43 am on November 3, 2022 in WASHINGTON, DC 20530.

 **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
November 3, 2022, 5:43 am

**See All Tracking History**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less ∧



**Tracking Number:**

# 70171000000061281611

 Copy     Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:32 pm on October 31, 2022 in NEW YORK, NY 10007.

 **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10007
October 31, 2022, 2:32 pm

**See All Tracking History**

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌄