FOIA Summons (12/11) (Page 2)

Civil Action No. 1:22-cv-09096-AKH

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
I mailed a copy of the complaint and the summonses for all defendants by USPS certified mail to the Attorney General of the United States on 10/26/2022. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summonses and complaint were delivered on 11/3/2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Reed Canaan, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:



**Tracking Number:**

# 70171000000061281628

 Copy      Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:43 am on November 3, 2022 in WASHINGTON, DC 20530.



### Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
November 3, 2022, 5:43 am

**See All Tracking History**

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

See Less ∧