Civil Action No. 1:22-cv-09096-AKH

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
I mailed a copy of the complaint and the summonses for all defendants by USPS certified mail to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York on 10/26/2022. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summonses and complaint were delivered on 10/31/2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Reed Canaan, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:



**Tracking Number:**

# 70171000000061281611

 Copy      Add to Informed Delivery

> **Latest Update**
>
> Your item was delivered to the front desk, reception area, or mail room at 2:32 pm on October 31, 2022 in NEW YORK, NY 10007.

✓ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10007
October 31, 2022, 2:32 pm

 See All Tracking History

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄