UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY, ET AL.,

              Plaintiff(s)

              -v-

OFFICE OF THE DIRECTOR OF NATIONAL
INTELLIGENCE, ET AL.,

              Defendant(s).
------------------------------------------------------------- x

**SCHEDULING ORDER**

22 Civ. 9096 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for an initial conference on June 2, 2023, at 10:00 a.m., which will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Parties are advised to consult my Individual Rules to determine what additional documents, if any, must be submitted to me in advance of the conference.

      Finally, no later than May 31, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    April 18, 2023                         //S//
           New York, New York           ALVIN K. HELLERSTEIN
                                                   United States District Judge