UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY; COMMITTEE TO PROTECT JOURNALISTS,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; PUBLIC INTEREST DECLASSIFICATION BOARD,<br><br>Defendants. | Civil Action No. 1:22-cv-09096 (AKH) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Knight First Amendment Institute at Columbia University and Committee to Protect Journalists and Defendants Office of the Director of National Intelligence and Public Interest Declassification Board, by and through their below-signed counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action, with each party to bear its own fees and costs.

Dated: May 24, 2023

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

SARAH S. NORMAND
PETER ARONOFF
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2697
peter.aronoff@usdoj.gov
*Counsel for Defendants*

Respectfully submitted,

Scott Wilkens (5886395)
Alexia Ramirez (5752621)
Alex Abdo (AA-0527)
Jameel Jaffer (JJ-4653)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
scott.wilkens@knightcolumbia.org
*Counsel for Plaintiffs*